| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | Report Required by the Ethics<br>In Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Furman, Jesse M. | 2. Court or Organization<br><br>U.S. District Court, NY-S | 3. Date of Report<br><br>6/7/2011 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☑ Nomination,  Date 6/7/2011<br>☐ Initial  ☐ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2010<br>to<br>6/3/2011 |
| 7. Chambers or Office Address<br><br>U.S. Attorney's Office, SDNY<br>One St. Andrew's Plaza<br>New York, NY 10007 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date _____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing Instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | Goddard-Riverside Community Center |
| 2. Member, Executive Committee, New York Lawyer Chapter | American Constitution Society |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing Instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Furman, Jesse M. | 6/7/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2010-11 | Columbia University - salary |
| 2. | 2010 | Harvard University - honorarium ($500) |
| 3. | 2010 | University of Colorado - honorarium ($200) |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

# FINANCIAL DISCLOSURE REPORT
Page 3 of 7

Name of Person Reporting

Furman, Jesse M.

Date of Report

6/7/2011

## V. GIFTS. (Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)

[ ] NONE (No reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)

[ ] NONE (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Flagstar Bank | Mortgage on Rental Property, Providence, RI (Pt. VII, line 27) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furman, Jesse M. | 6/7/2011 |

## VII. INVESTMENTS and TRUSTS — Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (If private transaction) |
| 1. MF Est LLC | G | Int./Div. | P2 | U | Exempt | | | | |
| 2. MF Est L.P. | C | Int./Div. | M | U | Exempt | | | | |
| 3. Trust #1 | F | Int./Div. | P1 | U | Exempt | | | | |
| 4. - 3750 Monroe Avenue Associates LLC | | | | | | | | | |
| 5. - Ashland Greenup LLC | | | | | | | | | |
| 6. - AFMB Russell LLC | | | | | | | | | |
| 7. - KIM-FUR Retail Holdings LLC | | | | | | | | | |
| 8. - JJPR LLC | | | | | | | | | |
| 9. - Southgate Associates L.P. | | | | | | | | | |
| 10. - PECO Rho LLC | | | | | | | | | |
| 11. - MJS Ponce II LP | | | | | | | | | |
| 12. - MJS Ponce III LP | | | | | | | | | |
| 13. Trust #2 | E | Rent | L | U | Exempt | | | | |
| 14. - 319 Stanhope LLC (Queens, NY) | | | | | | | | | |
| 15. Rho Capital Partners 1999 L.P. | E | Distribution | O | U | Exempt | | | | |
| 16. iShares MSCI Emerging Markets Fund | B | Dividend | L | T | Exempt | | | | |
| 17. Vanguard 500 Index Fund | D | Dividend | M | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (Including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Vanguard Total Bond Market Index Fund | B | Dividend | K | T | Exempt | | | | |
| 19. Vanguard Money Market Account | A | Dividend | K | T | Exempt | | | | |
| 20. Vanguard 500 Index Fund (IRA #1) | A | Dividend | K | T | Exempt | | | | |
| 21. Vanguard 500 Index Fund (IRA #2) | A | Dividend | K | T | Exempt | | | | |
| 22. Vanguard Extended Market Index Fund (Retirement) | A | Dividend | L | T | Exempt | | | | |
| 23. Vanguard Intermediate-Term Bond Index Fund (Retirement) | B | Dividend | L | T | Exempt | | | | |
| 24. Vanguard 500 Index Fund (Retirement) | A | Dividend | K | T | Exempt | | | | |
| 25. Vanguard Long-Term Bond Index Fund (Retirement) | C | Dividend | L | T | Exempt | | | | |
| 26. Rental Property, Providence, RI (2011 $305,000) | C | Rent | N | R | Exempt | | | | |
| 27. Citibank Accounts | A | Interest | L | T | Exempt | | | | |
| 28. Akiva Armon, personal loan - note receivable | | None | L | T | Exempt | | | | |
| 29. McDonald's Common Stock | A | Dividend | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII: I am the sole beneficiary of Trust #1 (Part VII, Line 3), with entitlement to a portion of the principal at present and entitlement to the full principal on June 7, 2012. I am a beneficiary of Trust #2 (Part VII, Line 13), with entitlement to a portion of my share of the principal at present and entitlement to all of my share of the principal on June 7, 2016. I am not a trustee of either trust.

Part VII: Income amount codes for MF Est LLC, MF Est L.P., Trust #1, and Trust #2 (Part VII, Lines 1, 2, 3, and 13) are based on estimates of income. Each asset is a mix of real estate and non-real estate holdings, some of which do not report income until as late as September of the following calendar year, making an exact calculation impracticable.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 93 | 582 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | | 616 | 942 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | 7 | 711 | 738 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | 70 | 000 | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – see schedule | 1 | 716 | 558 |
| Real estate owned – see schedule | 7 | 105 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 200 | 000 | Charitable pledges | | 80 | 000 |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Thrift Savings Plan | | 188 | 309 | | | | |
| | | | | | | | |
| | | | | Total liabilities | 1 | 789 | 396 |
| | | | | Net Worth | 14 | 196 | 175 |
| Total Assets | 15 | 985 | 571 | Total liabilities and net worth | 15 | 985 | 571 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |